# PD-0774-15

IN THE TEXAS

COURT of CRIMINAL APPEALS

AUSTIN, TEXAS

Israel Jose Balderas §
§
§
v. §
§
THE STATE OF TEXAS §
§
§

FIFTH COURT OF APPEALS

Cause No. 05-14-00900-CR

Trial N. F-133360 <span>RECEIVED IN COURT OF CRIMINAL APPEALS</span>

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

FILED IN
Abel Acosta, Clerk
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

PETITIONER'S MOTION TO EXTEND TIME
IN FILING PETITION FOR DISCRETIONARY REVIEW
PURSUANT to TEXAS RULES of APPELLATE PROCEDURE RULE 10.5 (b)

1. Petitioner's Direct Appeal in Cause No. 05-14-0009-CR was heard and his conviction Affirmed and opinion filed on May 14, 2015.

2. Petitioner has until June 14, 2015 to file his Petition for Discrectionary Review.

3. Petitioner requests an extension of 90 days which would extend his deadline to September 14, 2015.

4. Petitioner is not an attorney, is limited to 15 hours a week in the Unit Law Library and often less due to Staff shortages.

5. Petitioner needs 90 days in order to adequately research and prepare his petition.

6. Petitioner has not requested any previous extensions of time from this court and none have been granted.

## PRAYER FOR RELIEF

Wherefore premise having been considered the Petitioner humbly requests and prays that this Honorable Court grant his Motion for Extension of time in order to file his Petition For Discrectionary Review and any other relief to which he is entitled.

Respectfully Submitted,

(1)

Israel J. Balderas
TDCJ-ID # 1937229
Mark W. Stiles Unit
3060 F.M. 3514
Beaumont, Tx. 77705
Pro-se


DECLARATION


I hearby declare under penalty of perjury the foregoing to be true and correct. Executed on May 25, 2015.

Duly Sworn,

Israel J. Balderas
TDCJ-ID # 1937229
Mark W. Stiles Unit
3060 F.M. 3514
Beaumont, Tx. 77705